# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00048-CV

**Debbie Outlaw, Appellant**

**v.**

**Jeremy Smith, Sasha Asghari, and David Pribyl, Appellees**

## FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## NO. C-1-CV-16-011826, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on May 2, 2018. On June 5, 2018, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by June 15, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed: August 3, 2018